IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES CRAIG PARKER, #68228**                            **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:17-cv-20-HSO-JCG**

**HANCOCK COUNTY JAIL, et al.**                          **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th day of July, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE